ACCEPTED
03-16-00257-CR
14441292
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/23/2016 1:56:51 PM
JEFFREY D. KYLE
CLERK

## IN THE THIRD COURT OF APPEALS
## FOR THE STATE OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/23/2016 1:56:51 PM
JEFFREY D. KYLE
Clerk

**DARA LLORENS**

**V.**                                           **NO. 3-16-00257-CR**

**THE STATE OF TEXAS**

### APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW, Dara Llorens, by and through her attorney of record, Karen Oprea, and files this her Second Motion for Extension of Time to File Brief and in support thereof, would show the Court the following:

**I.**

That the above-styled and numbered cause is styled The State of Texas v. Dara Llorens, Cause Number D-1-DC-14-301967 in the 390th Judicial District Court of Travis County, Texas. Appellant was sentenced on April 1, 2016.

**II.**

Appellant was convicted of the offense of interference with child custody and kidnapping, and punishment was assessed at six (6) years.

**III.**

Notice of appeal was filed on April 19, 2016. The reporter's record was

1

filed on September 22, 2016, and the clerk's record was filed on May 31, 2016. Appellant's Brief is due to be filed on December 23, 2016.

**IV.**

This is Appellant's second motion for extension of time to file her brief. Appellant respectfully requests a fourteen day extension of time to file the brief, which would make such brief due on Friday, January 6, 2017.

**V.**

The undersigned attorney has been working diligently on this case and is close to completing Appellant's brief. She will finish the brief immediately after the holiday weekend. Counsel asks that she be given an additional 14 days to complete Appellant's brief. She asks that this extension be granted so that she may effectively represent Appellant and so that justice may be done in this case.

Respectfully submitted,

/s/ Karen E. Oprea
KAREN E. OPREA
The Law Office of Oprea & Weber
510 N. IH35
AUSTIN, TEXAS 78702
(512) 485-3003
(512) 597-1658 (Fax)
SBN: #24090307
ATTORNEY FOR MS. DARA
LLORENS (COURT-APPOINTED)

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this motion was computer generated and contains 397 words, as calculated by the word count function on my computer.

/s/ Karen E. Oprea
KAREN E. OPREA


## **CERTIFICATE OF SERVICE**

I, Karen E. Oprea, hereby certify that a true and correct copy of the foregoing Appellant's Motion for Extension of Time to File Brief was sent by email to the Travis County District Attorney's Office at appellatetcda@traviscountytx.gov, on this 23rd day of December, 2016.

/s/ Karen E. Oprea
KAREN E. OPREA